IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES F. FOLTZ                                                                                              PLAINTIFF

v.                                        Case No. 2:11-CV-02252

JEFF WOOD, individually and in his
official capacity as Deputy Sheriff of Johnson
County, Arkansas; LANCE CLUBB, individually
and in his official capacity as Deputy Sheriff
of Johnson County, Arkansas; CHAD MORROW,
individually and in his official capacity as Deputy
Sheriff of Johnson County, Arkansas; JIMMY
DORNEY, individually and in his official capacity
as Sheriff of Johnson County, Arkansas; and
JOHNSON COUNTY, ARKANSAS                                                                   DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion for Dismissal. (Doc. 21).

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' Joint Motion (Doc. 21) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 19th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE